The majority opinion treats the conclusion of the trial court as an attempt to enforce an unforceable buy and sell agreement. This treatment, a question of law rather than evidence, is not supported by a careful reading of the entire judgment. The new trial is granted not to enforce a buy and sell agreement but to obtain additional evidence as to Park's damages which resulted from those parts of the buy and sell agreement already performed by Park. A fair and just judgment can only be rendered by the trial court when it is permitted by this court to hear the additional evidence on Park's damages. For these reasons, I would affirm the trial court's judgment.

NOTE—Reported at 384 N.E.2d 1063.

WYVONIA CARSON v. STATE OF INDIANA

[No. 1-478A102. Filed January 16, 1979. Transfer granted July 5, 1979.]

ROBERT BEY v. STATE OF INDIANA

[No. 3-675A126. Filed January 16, 1979.]